**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 03-cr-00214-WDM-04

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ORLANDO MORENO-TORIBIO,

        Defendant.

---

ORDER VACATING PETITION AND WARRANT

---

        This matter comes to the attention of the Court upon report of the probation officer of this Court, that Defendant was deported on June 2, 2006. Based on this fact, it is

        ORDERED that the warrant heretofore issued on the 1st day of June, 2006, is hereby vacated and the petition for violation of supervised release, ordered the 1st day of June, 2006, is hereby dismissed as the defendant is no longer in the United States.

        DATED at Denver, Colorado, this 18th day of July, 2006.

        BY THE COURT:

        s/ Walker D. Miller

        _____
        Walker D. Miller
        United States District Judge